IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAISHA LOMAX, individually, and on behalf of minor KEVIANNA WARE, minor JAYLA TOLLIVER, and minor NEHEMIAH PHILLIPS and DYNESHA LOMAX on behalf of NOBEL PICKENS, a minor, and PATRICIA FORD on behalf of DENISHA TURNER, a minor, <br><br> Plaintiffs, <br><br> v. <br><br> ERIN E. JONES (STAR NO. 7777), LLOYD J. MOCK (STAR NO. 12683), ROBERT W. PURVIS (STAR NO. 8323), ATILIO A. ROSITO (STAR NO. 11338), KEVIN R. CULHANE (STAR NO. 14996), FROILAN BUCIO, JR. (STAR NO. 17633), SAMUEL L. DICKERSON, JR. (STAR No. 19575), CALVIN L. RIDGELL, JR. (STAR NO. 6997), HUMBERTO MUNGUIA (STAR NO. 7100), RICHARD C. CARO (STAR NO. 5368), MICHAEL CURCIO (STAR No. 5878), MATTHEW S. LITTLE (STAR NO. 1939), DIANE B. O'SULLIVAN (STAR NO. 682), and the CITY OF CHICAGO, <br><br> Defendants. | NO. 07 C 2060 <br><br> JUDGE LEFKOW <br> MAGISTRATE JUDGE COLE |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff, Laisha Lomax, individually and on behalf of minors Kevianna Ware, Jayla Tolliver, and Nehemiah Phillips, Plaintiff Dynesha Lomax on behalf of minor Nobel Pickens, and Plaintiff Patricia Ford on behalf of minor Denisha Turner by one of their attorneys, Blake Horowitz, and Defendants, Erin Jones, Lloyd Mock, Robert Purvis, Atilio Rosito, Kevin Culhane, Froilan Bucio Jr., Samuel Dickerson Jr., Calvin Ridgell Jr., Humberto Munguia, Richard Caro, Michael Curcio, Matthew Little, and Diane O'Sullivan, by their attorneys, Marcy M. Labedz, and Defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and

the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of Plaintiff, Laisha Lomax, individually and on behalf of minors Kevianna Ware, Jayla Tolliver, and Nehemiah Phillips, Plaintiff Dynesha Lomax on behalf of minor Nobel Pickens, and Plaintiff Patricia Ford on behalf of minor Denisha Turner, against Defendants, City of Chicago, Erin Jones, Lloyd Mock, Robert Purvis, Atilio Rosito, Kevin Culhane, Froilan Bucio Jr., Samuel Dickerson Jr., Calvin Ridgell Jr., Humberto Munguia, Richard Caro, Michael Curcio, Matthew Little, and Diane O'Sullivan, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

ENTER: _____
The Honorable Judge Joan H. Lefkow
United States District Judge

DATED: AUG 2 6 2008

2